IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| BASHIR OMAR, #N-61783, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 15-3130 |
| ) | |
| MICHAEL ROBESON, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**DEFENDANTS' ANSWER AND AFFIRMATIVE DEFENSES**

NOW COME Defendants, MATT BROOKS, ROBERT FISHEL, SHAWN VOLK, and MICHAEL WOODWARD, by and through their attorney, Lisa Madigan, Attorney General for the State of Illinois, pursuant to Local Rule 12.1, file their Answer and Affirmative Defenses to Plaintiff's Complaint [Doc. 1] pursuant to the Court's Order of August 26, 2015, stating as follows:

**ALLEGATIONS ENUMERATED IN COURT ORDER
DATED AUGUST 26, 2015**

1. Pursuant to its merit review of the Complaint under 29 U.S.C. § 1915A, the Court finds that Plaintiff states a federal claim for excessive force when Plaintiff was allegedly maced, handcuffed, and struck by Defendants after Defendant Fishel allegedly pricked his finger on a pencil in Plaintiff's pocket.

**Answer: Defendants deny violating Plaintiff's Eighth Amendment Rights, and further deny any constitutional violation whatsoever. Defendants deny the use of any excessive force.**

2.     Pursuant to its merit review of the Complaint under 29 U.S.C. § 1915A, the Court finds that Plaintiff states a federal claim for deliberate indifference to a serious medical need when Defendants allegedly refused to provide Plaintiff with access to health care after macing Plaintiff and striking Plaintiff.

**Answer: Defendants deny violating Plaintiff's eighth Amendment Rights, and further deny any constitutional violation whatsoever. Defendants deny that they were deliberately indifferent to a serious medical need.**

## RELIEF REQUESTED

1. Defendants deny that Plaintiff is entitled to declaratory relief.
2. Defendants deny that Plaintiff is entitled to injunctive relief.
3. Defendants deny that Plaintiff is entitled to compensatory damages.
4. Defendants deny that Plaintiff is entitled to punitive damages.
5. Defendants deny that Plaintiff is entitled to nominal damages.
6. Defendants deny that Plaintiff is entitled to any relief whatsoever.

## AFFIRMATIVE DEFENSES

**1. Qualified Immunity**

At all times relevant herein, Defendants acted in good faith in the performance of their official duties and without violating Plaintiff's clearly established statutory or constitutional rights of which a reasonable person would have known. Defendants are therefore protected from suit by the doctrine of qualified immunity.

**2. Injunctive Relief Barred**

Plaintiff's claim for injunctive relief is barred by the Eleventh Amendment, sovereign immunity, and the Prison Litigation Reform Act (42 U.S.C. § 1997).

### 3. Sovereign Immunity

Plaintiff's complaint for monetary damages against Defendants in their official capacities is barred by sovereign immunity.

### 4. Exhaustion

No action shall be brought with respect to prison conditions until all available administrative remedies are exhausted. 42 U.S.C. 1997e(a). Plaintiff filed suit concerning prison conditions while in custody of IDOC and failed to properly exhaust his administrative remedies prior to filing suit. Plaintiff's suit is therefore barred by 42 U.S.C. § 1997e(a).

### JURY DEMAND

Defendants demand trial by jury.

Wherefore, for the above and foregoing reasons, Defendants respectfully request that this Honorable Court deny Plaintiff's requested relief.

Respectfully Submitted,

MATT BROOKS, ROBERT FISHEL, SHAWN VOLK, and MICHAEL WOODWARD,

 Defendants,

LISA MADIGAN, Attorney General
State of Illinois,

 Attorney for Defendants,

By: s/ Matthew Tamul
 Matthew Tamul, #6317409
 Assistant Attorney General
 500 South Second Street
 Springfield, Illinois 62706
 Phone: (217) 782-9014
 Fax: (217) 524-5091
 E-Mail: mtamul@atg.state.il.us

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF ILLINOIS**
**SPRINGFIELD DIVISION**

| | | |
|---|---|---|
| TERRY WAGNER, #R-07282, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 14-3393-SLD |
| | ) | |
| PAT QUINN, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on November 24, 2015, I electronically filed the foregoing Defendants' Answer and Affirmative Defenses with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

NONE

and I hereby certify that on November 24, 2015, I mailed by United States Postal Service, the document to the following non-registered participant:

Bashir Omar, #N-61783
Pontiac Correctional Center
Inmate Mail/Parcels
PO Box 99
Pontiac, IL 61764

Respectfully Submitted,

s/ Matthew Tamul
Matthew Tamul, #6317409
Assistant Attorney General
500 South Second Street
Springfield, Illinois 62706
Phone: (217) 782-9014
Fax: (217) 524-5091
E-Mail: mtamul@atg.state.il.us